Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-272-060

**Effective Date of Registration:**
September 17, 2021
**Registration Decision Date:**
October 19, 2021

---

## Title

**Title of Work:** Chicken For Dinner?

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 20, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan



Chicken for dinner?

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-302-042

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

**Title of Work:** Dog Gone Funny

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 13, 2016
**Nation of 1st Publication:** United States

## Author

• **Author:** Lucia Heffernan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022

Page 1 of 2



Dog Gone Funny

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-302-038

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 02, 2022

---

## Title

**Title of Work:** Cat on a Throne

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 07, 2018
**Nation of 1st Publication:** United States

## Author

● **Author:** Lucia Heffernan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

---

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022

Page 1 of 2



Cat on a Throne

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-303-134

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 08, 2022

---

## Title

**Title of Work:** 3 Amigos

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 17, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

---

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022

Page 1 of 2



3 Amigos

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-301-519

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
May 31, 2022

---

**Title**

    **Title of Work:** Late Night Thriller

**Completion/Publication**

    **Year of Completion:** 2016
    **Date of 1st Publication:** April 13, 2016
    **Nation of 1st Publication:** United States

**Author**

    •   **Author:** Lucia Heffernan
    **Author Created:** 2-D artwork
    **Citizen of:** United States

**Copyright Claimant**

    **Copyright Claimant:** Lucia Heffernan
    153 W 2100 S, SALT LAKE CITY, UT, 84115

**Rights and Permissions**

    **Name:** Lucia Heffernan
    **Email:** lucia.h.assistant@gmail.com
    **Telephone:** (801)674-9179
    **Address:** 153 W 2100 S
    SALT LAKE CITY, UT 84115

**Certification**

    **Name:** Lucia Heffernan
    **Date:** April 26, 2022



Late Night Thriller

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-263-801

**Effective Date of Registration:**
July 16, 2021
**Registration Decision Date:**
August 23, 2021

---

## Title

| | |
|---|---|
| Title of Work: | Norman Catwell |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | January 17, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Lucia Heffernan |
| Author Created: | 2-D artwork |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1966 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Lucia Heffernan |
| | 153 W 2100 S, Salt Lake City, UT, 84115, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Lucia Heffernan |
| Email: | lucia@ldd.com |

## Certification

| | |
|---|---|
| Name: | Lucia Heffernan |
| Date: | July 16, 2021 |

Page 1 of 2



Norman Catwell

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-301-516

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
May 31, 2022

---

## Title

**Title of Work:** Tuxedo Cat

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 13, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022



Tuxedo Cat

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-301-807

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 01, 2022

---

## Title

**Title of Work:** Baked Ham

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 27, 2017
**Nation of 1st Publication:** United States

## Author

● **Author:** Lucia Heffernan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

---

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022



Baked Ham

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-301-773

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
June 01, 2022



---

## Title

**Title of Work:** Bath Time

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 08, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022

Page 1 of 2



Bath Time

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-301-514

**Effective Date of Registration:**
April 26, 2022
**Registration Decision Date:**
May 31, 2022

---

## Title

**Title of Work:** Casanova

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 22, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Lucia Heffernan
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lucia Heffernan
153 W 2100 S, SALT LAKE CITY, UT, 84115

## Rights and Permissions

**Name:** Lucia Heffernan
**Email:** lucia.h.assistant@gmail.com
**Telephone:** (801)674-9179
**Address:** 153 W 2100 S
SALT LAKE CITY, UT 84115

## Certification

**Name:** Lucia Heffernan
**Date:** April 26, 2022

Page 1 of 2



Casanova

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-345-645

**Effective Date of Registration:**
April 04, 2023
**Registration Decision Date:**
May 08, 2023

---

## Title
_____

              **Title of Work:**  Pooping on People

## Completion/Publication
_____

      **Year of Completion:**  2015
    **Date of 1st Publication:**  April 13, 2016
  **Nation of 1st Publication:**  United States

## Author
_____

             •   **Author:**  Lucia Heffernan
        **Author Created:**  2-D artwork
    **Work made for hire:**  No
          **Domiciled in:**  United States

## Copyright Claimant
_____

    **Copyright Claimant:**  Lucia Heffernan
                    560 E 500 S, Suite 100, SALT LAKE CITY, UT, 84102-2707, United States

## Rights and Permissions
_____

           **Name:**  Lucia Heffernan
           **Email:**  lucia.h.assistant@gmail.com
      **Telephone:**  (801)674-9179
        **Address:**  560 E 500 S
                    Suite 100
                    SALT LAKE CITY, UT 84102-2707 United States

## Certification
_____

 

 

Page 1 of 2



Pooping on People